

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2015

No. 04-14-00922-CV

John E. **RODARTE**,
Appellant

v.

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICE**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-12625
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late clerk's record, requesting an extension to May 14, 2015. We GRANT the request and ORDER the trial court clerk to file the clerk's record on or before May 14, 2015.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court